LAURA B. GREGORY et al., Respondents, *v.* WALTER A. JACOBS et al., Appellants, et al., Defendants.

Submitted January 7, 1946; decided January 17, 1946.

*Harry S. Travis* for motion.

No one opposed.

Motion dismissed, with $10 costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.